A CERTIFIED TRUE COPY

MAY 30 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 14 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1726

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-32)

On December 7, 2005, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1351 (J.P.M.L. 2005). Since that time, 203 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable James M. Rosenbaum.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Rosenbaum.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 7, 2005, and, with the consent of that court, assigned to the Honorable James M. Rosenbaum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 30 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true printed copy in _____ sheet(s)
of the electronic record filed on _____
in the United States District Court
for the District of Minnesota.
CERTIFIED, JUN 18 2007, 20___.
RICHARD D. SLETTEN
BY: _____
         Deputy Clerk

SCANNED

U.S. DISTRICT COURT MPLS

## SCHEDULE CTO-32 - TAG-ALONG ACTIONS
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 07-495 | Jayne Williams, et al. v. Medtronic, Inc., et al. | 07-2756 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 07-700 | Troy Scott Safreed v. Medtronic, Inc. | 07-2759 |
| **DISTRICT OF COLUMBIA** | | |
| DC 1 07-660 | Donald J. McCall v. Medtronic, Inc. | 07-2763 |
| DC 1 07-661 | Judy L. Morgan v. Medtronic, Inc. | 07-2766 |
| **FLORIDA MIDDLE** | | |
| FLM 8 07-140 | Helen Nixon, etc. v. Medtronic, Inc. | 07-2769 |
| **FLORIDA SOUTHERN** | | |
| FLS 1 07-20263 | Theresa Samartino, etc. v. Medtronic, Inc., et al. | 07-2771 |
| FLS 1 07-20265 | Thelma D. Lohman, etc. v. Medtronic, Inc., et al. | 07-2772 |
| FLS 1 07-20366 | Margaret Spormann, etc. v. Medtronic, Inc., et al. | 07-2773 |
| FLS 1 07-20367 | Antje Cusano, et al. v. Medtronic, Inc. | 07-2774 |
| **IOWA SOUTHERN** | | |
| IAS 4 07-127 | Elaine Dykes v. Medtronic USA, Inc., et al. | 07-2777 |
| **MISSOURI EASTERN** | | |
| MOE 4 07-519 | Victor Grayson v. Medtronic, Inc., et al. | 07-2778 |
| MOE 4 07-583 | Steven Berger v. Medtronic, Inc., et al. | 07-2779 |
| **NEW JERSEY** | | |
| NJ 2 07-1872 | Jeffrey Stroger, et al. v. Medtronic, Inc. | 07-2781 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 07-986 | Tommie June Johnson, etc. v. Medtronic, Inc. | 07-2782 |
| **WISCONSIN EASTERN** | | |
| WIE 2 07-257 | Madeline D. Hegedus, et al. v. Medtronic, Inc. | 07-2783 |