

# United States District Court
## District of Minnesota
Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

June 18, 2007

Ms. Nancy Mayer-Whittington, Clerk
United States District Court
1834 E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

*CA 07-661 RWR*

In re:   MDL-1726 -- In re: Medtronic, Inc., Implantable Defibrillators Products Liability Litigation
         YOUR CASE NUMBER: C.A. No. 1 06-661   Morgan v. Medtronic
         DISTRICT OF MINNESOTA CASE NUMBER: 07cv2766 JMR/AJB

Dear Clerk :

   A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on June 4, 2007   Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Chief Judge James M. Rosenbaum and Magistrate Judge Arthur J. Boylan for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

   Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery  or Ms. Lou Jean Gleason  at (612) 664-5000. Should you have any questions please do not hesitate to call.

                                         Very truly yours,

                                         RICHARD D. SLETTEN, CLERK


                                         Mary Kaye Conery, Civil Docket Supervisor

Enclosure

cc: Chief Judge James M. Rosenbaum
    Judicial Panel on Multidistrict Litigation